# EXHIBIT A

# Metaxas Brown Pidgeon LLP

900 Cummings Center
Beverly, MA  01915

978-927-8000

Sam Porter
sam@jumpsource.com
Jumpsource
10580 Limeberry Drive
Boynton Beach FL 33436

Invoice #   213029

August 04, 2020        **Account:   *Jumpsource**

PROFESSIONAL SERVICES RENDERED:

Re: Polanco



| | Hours | |
|---|---|---|
| 7/18/2020 AMM | ▓▓▓▓▓ | |
| 7/21/2020 AMM | ▓▓▓▓▓ | |
| 7/23/2020 AMM | ▓▓▓▓▓ | |
| 7/27/2020 AMM | ▓▓▓▓▓ | |
| 7/29/2020 AMM  Worked on editing draft complaint; conference with clients regarding Freeman order; emails to and from Attorney Penn et al | 3.20 | |
| 7/31/2020 AMM  worked on editing complaint | 1.30 | |
| For professional services rendered | 10.70 | $3,477.50 |
| * Previous balance | | $17,326.73 |
| 7/23/2020 Payment via wire transfer- Thank you. | | ($10,000.00) |
| Total payments and adjustments | | ($10,000.00) |
| **Balance due** | | **$10,804.23** |

*Jumpsource

***Payable upon receipt Metaxas Brown Pidgeon LLP

# Metaxas Brown Pidgeon LLP

900 Cummings Center
Beverly, MA  01915

978-927-8000

Invoice #   213136

Sam Porter
sam@jumpsource.com
Jumpsource
10580 Limeberry Drive
Boynton Beach FL 33436

---

September 02, 2020                              **Account:  *Jumpsource**

PROFESSIONAL SERVICES RENDERED:

Re: Polanco

| | Hours |
|---|---|
| 8/4/2020 AMM  worked on editing complaint | 1.70 |
| 8/5/2020 AMM  worked on edits of complaint | 2.00 |
| 8/6/2020 AMM  Worked on edits to complaint; reviewed exhibits; conference with paralegal | 2.40 |
| 8/10/2020 AMM  Edited complaint | 1.00 |
| 8/11/2020 AMM  Edited complaint; conference with Michael and sons | 2.00 |
| 8/13/2020 AMM  Worked on editing complaint | 3.40 |
| 8/14/2020 AMM  Reviewed exhibits; emails to and from clients; edits | 2.60 |
| 8/16/2020 AMM  Reviewed documents and edited complaint; emails to Porters regarding information | 3.50 |
| 8/17/2020 AMM  edited draft complaint; emails to and from Porters regarding information | 3.70 |
| 8/18/2020 AMM  Worked on Complaint; conferences with Mike, Sr.; contacted Brazilian consulate in Boston; reviewed documents Mike Sr. sent | 3.70 |
| 8/19/2020 AMM  Worked on complaint; review documents | 2.80 |
| 8/20/2020 AMM  Worked on complaint; conference with Sharon who was making edits; conference with Mike Sr. | 3.00 |
| 8/21/2020 AMM  worked on final edits to send to clients for thereviw: | 3.00 |

Page    2

*Jumpsource

| | | | Hours | |
|---|---|---|---|---|
| 8/24/2020 | AMM | Worked on edits and conferences with Mike and Mike Jr. | 2.70 | |
| 8/26/2020 | AMM | Worked on edits; met with Attorneys Buchanan and Bachs | 5.00 | |
| | BB | review draft allegations and client documents | 3.90 | |
| 8/27/2020 | BB | legal research; meeting with Attorney Metaxas to discuss; | 5.50 | |
| 8/28/2020 | BB | legal research; meeting with Attorney Metaxas to discuss; | 5.50 | |
| | | | 57.40 | $16,420.00 |
| | | For professional services rendered | | |
| | | * Previous balance | | $10,804.23 |
| | | **Balance due** | | $27,224.23 |

***Payable upon receipt Metaxas Brown Pidgeon LLP

# Metaxas Brown Pidgeon LLP

900 Cummings Center
Beverly, MA  01915

978-927-8000

Invoice #   213160

Sam Porter
sam@jumpsource.com
Jumpsource
10580 Limeberry Drive
Boynton Beach FL 33436

October 02, 2020                    **Account:   *Jumpsource**

PROFESSIONAL SERVICES RENDERED:

Re: Polanco

| Date | | Description | Hours |
|---|---|---|---|
| 9/8/2020 | AMM | Worked on discovery and emails to and from Mike, Sr. | 1.00 |
| 9/9/2020 | AMM | Worked on discovery requests:  2 hours | 0.10 |
| | BB | correspondence with accountant regarding status of Daware, Florida and Massachusetts entities | 0.20 |
| 9/11/2020 | BB | correspondence with accountant regarding status of Daware, Florida and Massachusetts entities | 0.20 |
| 9/14/2020 | BB | telephone call with accountant | 0.20 |
| 9/15/2020 | AMM | Worked on discovery requests | 2.00 |
| 9/16/2020 | BB | email accountant regarding Florida corp. | 0.10 |
| | BB | RICO research | 3.30 |
| | AMM | Worked on discovery requests | 1.50 |
| 9/17/2020 | BB | legal research on conspiracy and rico claims | 3.80 |
| | AMM | Worked on discovery requests | 1.00 |
| 9/18/2020 | AMM | Worked on discovery requests; conferences with Porters and Atty Buchanan | 1.50 |
| 9/21/2020 | BB | Review factual allegations; review clients' documents; begin editing factual allegations | 5.80 |

Page    2

**\*Jumpsource**

| | | Hours | |
|---|---|---|---|
| 9/21/2020 AMM | Conference with Porters regarding local vendor using molds; discovery preparation; conference with Atty Buchanan | 2.30 | |
| 9/22/2020 AMM | Changes to complaint; research; conference with Porters | 4.30 | |
| BB | Review factual allegations; review clients' documents; edit factual allegations of complaint, draft introduction; | 5.50 | |
| 9/23/2020 AMM | Changes to complaint; research; conference with Porters | 3.80 | |
| BB | Draft complaint, legal research | 4.30 | |
| 9/24/2020 AMM | Changes to complaint; research; conference with Porters | 4.50 | |
| BB | Draft complaint, legal research; review emails | 3.50 | |
| 9/25/2020 BB | Draft complaint, legal research; review emails | 4.50 | |
| 9/27/2020 BB | Revise complaint after meeting with Attorney Brown | 2.90 | |
| 9/28/2020 AMM | Finalized edits to complaint and conference with Porters regarding proposed sale of parts by Syring/Polanco, etc. | 2.50 | |
| BB | Finalize complaint and file in court | 4.90 | |
| | For professional services rendered | 63.70 | $20,702.50 |
| | Additional Charges : | | |
| 9/28/2020 | Filing Complaint | | 310.00 |
| | Total costs | | $310.00 |
| | Total amount of this bill | | $21,012.50 |
| | \* Previous balance | | $27,224.23 |
| 9/4/2020 | Payment - Thank you. | | ($25,000.00) |
| 9/30/2020 | COURTESY DISCOUNT | | ($2,500.00) |
| | Total payments and adjustments | | ($27,500.00) |
| | **Balance due** | | **$20,736.73** |

*Jumpsource

***Payable upon receipt Metaxas Brown Pidgeon LLP

# Metaxas Brown Pidgeon LLP
900 Cummings Center
Beverly, MA  01915
978-927-8000

Invoice #   213238

Sam Porter
sam@jumpsource.com
Jumpsource
10580 Limeberry Drive
Boynton Beach FL 33436

November 05, 2020                    **Account:   *Jumpsource**

PROFESSIONAL SERVICES RENDERED:
Re: Polanco

|  |  | Hours |  |
|---|---|---|---|
| 10/5/2020 AMM | Prepared draft email to send out to companies; worked on discovery requests; conference with clients | 2.50 | |
| 10/6/2020 AMM | Conferences with Porters regarding ▓▓▓▓ conferences with Porters regarding and prepared draft affidavit; worked on discovery. | ▓▓ | |
| 10/7/2020 AMM | Conferences with Atty Buchanan and Atty Brown regarding conversation with Atty Flannagan and miscellaneous issues in case | 0.80 | |
| AMM | Prepared Memo to Attys Buchanan and Brown regarding issues, ▓▓▓ | 1.50 | |
| 10/19/2020 BB | telephone call with opposing counsel | 0.50 | |
| 10/20/2020 AMM | Conference with Court and opposing counsel regarding trial date; emails to Clients | 0.80 | |
| BB | email opposing counsel | 0.20 | |
| | For professional services rendered | 8.30 | $2,697.50 |
| | Additional Charges : | | |
| 10/14/2020 Sheriff's Service (MecklenburgCo. - John Fox &Berzack) | | | 100.00 |

Page     2

*Jumpsource

| | |
|---|---|
| 10/27/2020 Sheriff's Service upon Polanco Industrial | 40.70 |
| Total costs | $140.70 |
| Total amount of this bill | $2,838.20 |
| * Previous balance | $20,736.73 |
| 10/9/2020 Payment via wire transfer – Thank you. | ($10,000.00) |
| 10/13/2020 Payment. Check was in the amount of $12,000 but the balance of the invoice was $10,736.73 leaving a credit of $1,263.27. – Thank you Check No. 1084 | ($10,736.73) |
| | ($1,263.27) |
| 11/5/2020 Payment from retainer account (Check #1071) | ($22,000.00) |
| Total payments and adjustments | |
| **Balance due** | **$1,574.93** |

***Payable upon receipt Metaxas Brown Pidgeon LLP

| | |
|---|---|
| Previous balance of Escrow | $0.00 |
| 10/13/2020 Retainer payment to account. Check No. 1084 | $1,263.27 |
| 11/5/2020 Payment from retainer account (Check #1071) | ($1,263.27) |
| New balance of Escrow | $0.00 |

# Metaxas Brown Pidgeon LLP

900 Cummings Center
Beverly, MA  01915

978-927-8000

Invoice #   213310

Sam Porter
sam@jumpsource.com
Jumpsource
10580 Limeberry Drive
Boynton Beach FL 33436

December 02, 2020                    **Account:   *Jumpsource**

PROFESSIONAL SERVICES RENDERED:

Re: Polanco

| | | Hours | |
|---|---|---|---|
| 11/16/2020 AMM | Research as to personal jurisdiction issue | 2.00 | |
| 11/17/2020 AMM | Research as to personal jurisdiction | 1.50 | |
| 11/24/2020 BB | Telephone call with opposing counsel for Elektroteks | 0.30 | |
| 11/25/2020 BB | draft assented to motion and circulate to opposing counsel for Elektroteks | 0.50 | |
| BB | follow up with opposing counsel for Elektroteks on assented to motion and file with court | 0.50 | |
| | For professional services rendered | 4.80 | $1,560.00 |
| | * Previous balance | | $1,574.93 |
| 11/25/2020 Payment - Thank you. | | | ($1,574.93) |
| 12/2/2020 Payment from retainer account (Check #1071) | | | ($1,560.00) |
| | Total payments and adjustments | | ($3,134.93) |
| | **Balance due** | | **$0.00** |

*Jumpsource

***Payable upon receipt* Metaxas Brown Pidgeon LLP

| | | |
|---|---|---:|
| | Previous balance of Escrow | $0.00 |
| 11/25/2020 | Retainer payment to account. (Amount wire trx. to MBP was for $10,000.  Paid Inv. No. 213238 in the amount of $1,574.93 leaving a balance of $8,425.07.) | $8,425.07 |
| 12/2/2020 | Payment from retainer account (Check #1071) | ($1,560.00) |
| | New balance of Escrow | $6,865.07 |

# Metaxas Brown Pidgeon LLP

900 Cummings Center
Beverly, MA  01915

978-927-8000

Invoice #   213375

Sam Porter
sam@jumpsource.com
Jumpsource
10580 Limeberry Drive
Boynton Beach FL 33436

January 05, 2021                       **Account:  *Jumpsource**

PROFESSIONAL SERVICES RENDERED:
Re: Polanco

| | | | Hours | |
|---|---|---|---|---|
| 12/4/2020 | AMM | Conference with Porters | 1.00 | |
| 12/28/2020 | BB | Review Fox MTD and research cases cited | 4.50 | |
| 12/29/2020 | AMM | Worked on reviewing motions and our complaint | 2.80 | |
| | BB | Review Fox MTD and research cases cited | 4.30 | |
| | BB | research for opposition to MTD | 3.90 | |
| 12/30/2020 | BB | research for opposition to MTD | 3.60 | |
| 12/31/2020 | BB | begin drafting opposition to MTD | 3.50 | |
| | | For professional services rendered | 23.60 | $7,670.00 |
| | 1/5/2021 | Payment from retainer account (Check #1071) | | ($6,865.07) |
| | | Total payments and adjustments | | ($6,865.07) |
| | | **Balance due** | | **$804.93** |

***Payable upon receipt Metaxas Brown Pidgeon LLP*

*Jumpsource

Previous balance of Escrow $6,865.07
1/5/2021 Payment from retainer account (Check #1071) ($6,865.07)

New balance of Escrow $0.00

# Metaxas Brown Pidgeon LLP

900 Cummings Center
Beverly, MA  01915
978-927-8000

Invoice #   213424

Sam Porter
sam@jumpsource.com
Jumpsource
10580 Limeberry Drive
Boynton Beach FL 33436

February 03, 2021                                **Account:   *Jumpsource**

PROFESSIONAL SERVICES RENDERED:

Re: Polanco

| | | | Hours |
|---|---|---|---|
| 1/1/2021 | BB | begin drafting opposition to MTD | 4.50 |
| 1/2/2021 | AMM | Research re: oppositions to motions to dismiss | 2.30 |
| 1/4/2021 | AMM | Research | 1.00 |
| | BB | begin drafting opposition to MTD | 5.50 |
| 1/5/2021 | BB | drafting opposition to motion to dismiss by Fox and Berzack | 5.60 |
| 1/6/2021 | BB | drafting opposition to motion to dismiss by Fox and Berzack | 3.30 |
| 1/7/2021 | BB | drafting opposition to motion to dismiss by Fox and Berzack | 3.60 |
| 1/8/2021 | BB | drafting opposition to motion to dismiss by Fox and Berzack; legal research | 4.50 |
| | BB | drafting opposition to motion to dismiss by Fox and Berzack | 3.50 |
| 1/11/2021 | BB | drafting opposition to motion to dismiss by Elektroteks and Guler; legal research, review cases cited by defendants; | 4.90 |
| 1/12/2021 | BB | drafting opposition to motion to dismiss by Elektroteks and Guler. Legal research.  Review cases cited by defendants | 3.60 |
| 1/13/2021 | BB | drafting opposition to motion to dismiss by Elektroteks and Guler | 3.90 |
| 1/14/2021 | BB | Edit oppositions to MTDs and prepare exhibits | 5.00 |

Page    2

*Jumpsource

|  |  | Hours |  |
|---|---|---|---|
| 1/15/2021 BB | finalize oppositions toMTDs and exhibits for filing. | 8.10 |  |
|  | For professional services rendered | 59.30 | $19,272.50 |
|  | * Previous balance |  | $804.93 |
| 1/20/2021 | Payment - Thank you. |  | ($804.93) |
| 2/3/2021 | Payment from retainer account (Check #1071) |  | ($9,195.07) |
|  | Total payments and adjustments |  | ($10,000.00) |
|  | **Balance due** |  | **$10,077.43** |

***Payable upon receipt* Metaxas Brown Pidgeon LLP

|  |  |  |
|---|---|---|
| Previous balance of Escrow | | $0.00 |
| 1/20/2021 Retainer payment toaccount.  Amount wire transferred to us was for $10,000.  Paid Inv. 213375 in the amount of$804.93 leaving a balance of $9,195.07. | | $9,195.07 |
| 2/3/2021 Payment from retainer account (Check #1071) | | ($9,195.07) |
| New balance of Escrow | | $0.00 |

# Metaxas Brown Pidgeon LLP

900 Cummings Center
Beverly, MA  01915

978-927-8000

Invoice #   213510

Sam Porter
sam@jumpsource.com
Jumpsource
10580 Limeberry Drive
Boynton Beach FL 33436

March 04, 2021                          **Account:  \*Jumpsource**

PROFESSIONAL SERVICES RENDERED:

Re: Polanco

| | | Hours |
|---|---|---|
| 2/3/2021 BB | Telephone call with counsel for Elektroteks regarding possible resolution of motion to strike | 0.90 |
| 2/5/2021 BB | review defendants fox and berzack's motion to dismiss, pull case law | 1.50 |
| 2/8/2021 AMM | Memo to Atty Buchanan regarding opposition to strike affidavit of Polanco | 0.50 |
| BB | draft opposition to defendants fox and berzack's motion to strike, pull case law | 4.50 |
| 2/9/2021 BB | continue drafting opposition to defendants fox and berzack's motion to strike, review with attorney metaxas | 5.50 |
| BB | Telephone call with clients regarding motion to strike affidavit | 0.50 |
| 2/10/2021 AMM | Reviewed (2x) and made suggested changes to Motion to Strike | 0.60 |
| BB | finalize and file drafting opposition to defendants fox and berzack's motion to strike, review with attorney metaxas | 1.50 |
| 2/11/2021 AMM | Conference with Mike ███████████████████████ | ███ |
| 2/15/2021 AMM | Reviewed documents from vendor in  China and conference with Mike Porter | 0.80 |

Page    2

*Jumpsource

|  | | | Hours |  |
|---|---|---|---|---|
| 2/18/2021 | AMM | Telephone conferences with Porters | 0.50 | |
| 2/19/2021 | BB | Meeting with Attorney Metaxas to review new evidence obtained by client | ▮▮ | |
| 2/24/2021 | AMM | Conferences with Mike Jr. | ▮▮ | |
| | | | 21.80 | $7,085.00 |
| | For professional services rendered | | | |
| | * Previous balance | | | $10,077.43 |
| | | | | ($10,000.00) |
| 2/25/2021 | Payment via wire transfer - Thank you. | | | ($10,000.00) |
| | Total payments and adjustments | | | |
| | **Balance due** | | | **$7,162.43** |

***Payable upon receipt* Metaxas Brown Pidgeon LLP

Page     3

**\*Jumpsource**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 8/25/2021 AMM | Review of email thread re:Elektroteks order being delayed and Jumpsource buying parts from Pfaff | | 0.40 | |
| 8/29/2021 BB | draft proposed joint discovery plan in federal case | | 6.50 | |
| 8/31/2021 BB | revise draft proposed joint discovery plan in federal case | | 3.50 | |
| | | | 89.90 | $29,470.00 |
| | For professional services rendered | | | |
| | Additional Charges : | | | |
| 8/17/2021 Subpoena service to Millie Cruz. | | | 61.00 | |
| | | | | $61.00 |
| | Total costs | | | |
| | | | | $29,531.00 |
| | Total amount of this bill | | | |
| | | | | $13,949.99 |
| | * Previous balance | | | |
| | | | | ($13,949.99) |
| 8/5/2021 Payment - Thank you. | | | | ($21,050.01) |
| 9/7/2021 Payment from retainer account (Check #1071) | | | | |
| | | | | ($35,000.00) |
| | Total payments and adjustments | | | |

**Balance due**      **$8,480.99**

**\*\*\*Payable upon receipt Metaxas Brown Pidgeon LLP**

| | | |
|---|---|---|
| Previous balance of Escrow | | $0.00 |
| 8/5/2021 Retainer payment to account.  Amount paid was for $25,000.  Paid Inv. 21379 n the amount of $13,949.99 leaving a balance of $11,050.01. | | $11,050.01 |
| 8/31/2021 Retainer payment to account via wire transfer | | $10,000.00 |
| 9/7/2021 Payment from retainer account (Check #1071) | | ($21,050.01) |
| New balance of Escrow | | $0.00 |

# Metaxas Brown Pidgeon LLP

900 Cummings Center
Beverly, MA  01915

978-927-8000

Invoice #   213906

Sam Porter
sam@jumpsource.com
Jumpsource
10580 Limeberry Drive
Boynton Beach FL 33436

**Account:   *Jumpsource**

October 12, 2021

PROFESSIONAL SERVICES RENDERED:

Re: Polanco

| | | Hours |
|---|---|---|
| 8/1/2021 BB | draft supplemental discovery allowed by courtRFA and Ints- circulate proposal to Attorney Metaxas and Attorney Brown | 5.30 |
| 8/2/2021 BB | Revise and finalize supplemental discovery requests after conference with clients, Attorney Metaxas and Attorney Brown; file with Court; serve on opposingcounsel | 4.50 |
| 8/3/2021 BB | Court ordered settlement discussion with opposingcounsel; conference with clients, Attorney Metaxas and Attorney Brown in advance | 1.60 |
| 8/9/2021 BB | exchange mails with opposing counsel regarding jury verdict, proposed jury instructions | 0.30 |
| BB | research and draft proposed jury instructions | 5.00 |
| 8/10/2021 BB | Drafting documents - work on proposed jury instructions and jury verdict slip | 7.00 |
| BB | exchange mails with opposing counsel regarding jury verdict, proposed jury instructions | 0.30 |
| 8/11/2021 BB | review defendants motion for adverse inference and conduct legal research | 3.30 |
| BB | draft opposition to motion for adverse inference | 5.30 |

Page    2

**\*Jumpsource**

| | | | Hours |
|---|---|---|---|
| 8/12/2021 BB | exchange mails with opposing counsel regarding jury verdict, proposed jury instructions | | 0.30 |
| BB | update and revise opposition to motion to exclude Anson Fang evidence | | 3.60 |
| 8/17/2021 BB | exchange mails with opposing counsel regarding jury verdict, proposed jury instructions | | 0.30 |
| BB | Prepare for final pretrial conference and attend conference by zoom | | 1.30 |
| OGB | Prepare for and attend pretrial conference by zoom | | 1.50 |
| 8/29/2021 BB | draft proposed joint discovery plan in federal case | | 4.00 |
| 8/31/2021 BB | revise draft proposed joint discovery plan in federal case | | 3.50 |
| 9/3/2021 BB | finalize and serve draft proposed joint discovery plan in federal case on opposing counsel | | 2.50 |
| 9/24/2021 OGB | conference with Attorney Botti regarding deposition, emails | | 0.30 |
| 9/25/2021 AMM | Worked on outline for Berzak deposition | | 0.70 |
| 9/27/2021 OGB | conference with Attorney Botti, emails regarding deposition, conference call with client, meeting with Attorney Metaxas and Attorney Buchanan regarding deposition and document production. | | 1.10 |
| 9/28/2021 OGB | Meeting with Tony and Bailey regarding deposition, emails regarding document production and settlement, review and revise document production request, conference with Attorney Botti regarding settlement, document production and deposition | | 2.10 |
| AMM | Conference with Mike, Sr. regarding Berzak's other division and documents we need for Berzaks' deposition; conference with Attys. Brown and Buchanan | | 0.60 |
| BB | telephone conference with opposing counsel regarding emergency deposition | | 0.80 |
| BB | drafting discovery request and objection to notice of deposition | | 3.80 |
| 9/30/2021 OGB | review and prep documents for deposition, emails and conference with Attorney Botti, review and file motion for protective order | | 6.10 |
| BB | legal research and drafting motion for protective order | | 3.50 |

| | | |
|---|---|---|
| For professional services rendered | 68.60 | $22,572.50 |
| * Previous balance | | $13,949.99 |
| 8/5/2021 Payment - Thank you. | | ($13,949.99) |

Page    3

**\*Jumpsource**

| | |
|---|---|
| 9/29/2021 Payment via wire trx.- Thank you. | ($8,480.99) |
| 10/12/2021 Payment from retainer account (Check #1071) | ($22,569.02) |
| | |
| Total payments and adjustments | ($45,000.00) |
| | |
| **Balance due** | **$3.48** |

**\*\*\*Payable upon receipt Metaxas Brown Pidgeon LLP**

| | |
|---|---|
| Previous balance of Escrow | $0.00 |
| 8/5/2021 Retainer payment to account.  Amount paid was for $25,000.  Paid Inv. 213799 in the amount of $13,949.99 leaving a balance of $11,050.01. | $11,050.01 |
| 8/31/2021 Retainer payment to account via wire transfer | $10,000.00 |
| 9/30/2021 Retainer payment to account. Payment was in the amount of $10,000 but paid Inv. #213852 in the amount of $8,480.99, leaving a balance of $1,519.01. | $1,519.01 |
| 10/12/2021 Payment from retainer account (Check #1071) | ($22,569.02) |
| | |
| New balance of Escrow | $0.00 |

# Metaxas Brown Pidgeon LLP

900 Cummings Center
Beverly, MA  01915

978-927-8000

Invoice #  213940

Sam Porter
sam@jumpsource.com
Jumpsource
10580 Limeberry Drive
Boynton Beach FL 33436

November 02, 2021

**Account:  *Jumpsource**

PROFESSIONAL SERVICES RENDERED:

Re: Polanco

| | | | Hours |
|---|---|---|---|
| 10/1/2021 | BB | emergency deposition of Harry Berzack | 3.50 |
| | BB | telephone call with client | 1.60 |
| | OGB | deposition of HarryBerzack, conference with Client, conference with Attorney Botti, emails with Court regarding hearing | 5.60 |
| 10/4/2021 | OGB | heareing regarding discovery, conference with clients, research document production | 2.10 |
| | BB | drafting affidavit in response to defendants opposition to plaintiffs motion for protective order | 1.50 |
| 10/5/2021 | BB | review document production | 2.50 |
| | OGB | conference with clients regarding deposition, production review, emails regarding production | 2.60 |
| 10/6/2021 | BB | review document production | 2.50 |
| | BB | attend emergency deposition of Harry Berzack | 3.10 |
| | BB | telephone call with client | 1.50 |
| | OGB | Court heaing regarding document production, deposition of Harry Berzack, review document production, conference with clients, emails regarding discovery, preparation for cross examination | 10.10 |
| 10/7/2021 | BB | review document production | 2.50 |

Page    2

**\*Jumpsource**

| | | | Hours |
|---|---|---|---|
| 10/7/2021 | BB | telephone call with client | 0.50 |
| | BB | Attend emergency deposition of Harry Berzack | 0.30 |
| | OGB | preparation for deposition, conference with clients, appearance at deposition, emails regarding discovery, review producitons | 4.50 |
| 10/12/2021 | BB | review document production | 1.90 |
| 10/14/2021 | OGB | review discovery dispute issues, search terms dispute, conference regarding discovery dispute, conference with Attorney Buchanan, | 2.60 |
| | BB | Drafting documents- review defendant's motion for protective order; legal research; draft opposition to defendant's MFPO | 6.50 |
| 10/15/2021 | BB | Drafting documents - review defendants' edits and comments to joint discovery plan and circulate for review and filing | 2.50 |
| | BB | Drafting documents-finalize opposition to defendant's MFPO and file with court in advance of hearing | 1.80 |
| | BB | status heaing with Judge Burroughs | 1.30 |
| | OGB | finalize opposition to protective order, review motion to stay, court hearing, finalize and file discovery plan, emails regarding same, conference with Attorney Buchanan | 3.10 |
| 10/18/2021 | BB | review document production | 3.30 |
| 10/19/2021 | OGB | review document production, emails regarding document production | 2.60 |
| 10/20/2021 | OGB | Prepare for Berzack deposition | 3.50 |
| | BB | review document production | 3.80 |
| 10/21/2021 | OGB | Prepare for and attend Berzack deposition | 7.00 |
| | OGB | Prepare for and attend Berzack deposition | 7.00 |
| 10/27/2021 | OGB | conference with Client, conference with Tony and Bailey ███████ | 0.60 |
| | ██████████ | | |
| | AMM | Conference with Porters | 0.50 |

| | |
|---|---|
| 92.40 | $31,312.50 |

For professional services rendered

Page    3

**\*Jumpsource**

 Additional Charges :

| | | |
|---|---|---:|
| 10/4/2021 | Deposition transcript - Berzack | 719.50 |
| 10/12/2021 | Deposition transcript of Harry Berzack | 1,100.30 |
| 10/31/2021 | Deposition transcript -Berzack (day 3) | 797.95 |
| | | $2,617.75 |

 Total costs

 Total amount of this bill        $33,930.25

 \* Previous balance        $21,053.49

| | | |
|---|---|---:|
| 10/18/2021 | Payment - Thank you. | ($3.48) |
| 11/2/2021 | Payment from retainer account (Check #1071) | ($9,996.52) |

 Total payments and adjustments      ($10,000.00)

  **Balance due**          **$44,983.74**

---

**\*\*\*Payable upon receipt Metaxas Brown Pidgeon LLP**

| | | |
|---|---|---:|
| | Previous balance of Escrow | $0.00 |
| 10/18/2021 | Retainer payment to account. Received wire transfer for $10,000. Paid Inv. #213906 the amount of $3.48 leaving a balance of $9,996.52. | $9,996.52 |
| 11/2/2021 | Payment from retainer account (Check #1071) | ($9,996.52) |

 New balance of Escrow        $0.00

# Metaxas Brown Pidgeon LLP

900 Cummings Center
Beverly, MA  01915

978-927-8000

Invoice #   213991

Sam Porter
sam@jumpsource.com
Jumpsource
10580 Limeberry Drive
Boynton Beach FL 33436

December 03, 2021

**Account:   *Jumpsource**

PROFESSIONAL SERVICES RENDERED:

Re: Polanco

| | | | Hours |
|---|---|---|---|
| 11/1/2021 | BB | exchange and review emails with client; finalize, circulate and file motion to extend | 1.30 |
| 11/4/2021 | OGB | submit berzack exhibits for final transcript. Review Berzack depoistion, review polanco production for misrepresentations | 2.10 |
| 11/6/2021 | BB | draft initial disclosures | 3.00 |
| 11/7/2021 | BB | exchange emails with client regarding disclosures | 1.00 |
| 11/8/2021 | BB | draft initial disclosures | 3.00 |
| 11/9/2021 | BB | draft initial disclosures | 2.50 |
| 11/11/2021 | AMM | Lengthy conversation ~~[redacted]~~ | 1.30 |
| 11/16/2021 | BB | review initial disclosures by Elektroteks | 0.50 |
| 11/29/2021 | BB | legal research opposition motion to stay | 2.50 |
| 11/30/2021 | BB | legal research opposition motion to stay | 3.00 |
| | | | 20.20   $6,617.50 |

For professional services rendered

Page      2

*Jumpsource

Additional Charges :

|  |  | |
|---|---|---|
| 10/12/2021 | Deposition Transcript | 284.30 |
| 10/28/2021 | Deposition Transcript | 284.30 |
|  |  | $568.60 |
|  | Total costs |  |
|  |  | $7,186.10 |
|  | Total amount of this bill | $44,983.74 |
|  | * Previous balance | ($10,000.00) |
| 11/5/2021 | Payment via wire transfer - Thank you. | ($20,000.00) |
| 11/30/2021 | Payment via wire transfer - Thank you. | ($30,000.00) |
|  | Total payments and adjustments |  |
|  |  | $22,169.84 |

**Balance due**

***Payable upon receipt*** Metaxas Brown Pidgeon LLP

# Metaxas Brown Pidgeon LLP

900 Cummings Center
Beverly, MA  01915

978-927-8000

Invoice #   214022

Sam Porter
sam@jumpsource.com
Jumpsource
10580 Limeberry Drive
Boynton Beach FL 33436

**Account:  *Jumpsource**

January 05, 2022

PROFESSIONAL SERVICES RENDERED:

Re: Polanco

| | | | Hours | |
|---|---|---|---|---|
| 12/1/2021 | BB | Draft opposition to motion to stay | 3.30 | |
| 12/3/2021 | BB | Draft opposition to motion to stay | 2.50 | |
| 12/6/2021 | BB | Draft opposition to motion to stay | 2.30 | |
| 12/7/2021 | AMM | Attendance at status hearing in Marlborough | 3.20 | |
| | BB | Draft opposition to motion to stay | 2.50 | |
| | OGB | Conference with AttorneyBuchanan;review and research opposition to motion to stay | 1.00 | |
| 12/8/2021 | AMM | Worked on edits toOppostionto Motion to Stay | 2.80 | |
| 12/9/2021 | BB | Call with Attorney Hansen regarding motion to stay | 0.50 | |
| | | | 18.10 | $5,907.50 |
| | | For professional services rendered | | |
| | | * Previous balance | | $22,169.84 |
| | | **Balance due** | | $28,077.34 |

*Jumpsource

***Payable upon receipt Metaxas Brown Pidgeon LLP