UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOURCING UNLIMITED, INC., )<br>d/b/a Jumpsource, )<br>      Plaintiff, )<br> )<br>v. )<br> )<br>ELEKTROTEKS, LLC, SERKAN GULER, )<br>JOHN E. FOX, INC., HARRY BERZACK, )<br>POLANCO INDUSTRIAL CORP., )<br>      Defendants. ) | Case No. 1:20-CV-11955-ADB |

**AFFIDAVIT OF ATTORNEY ORESTES G. BROWN IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES**

I, Orestes G. Brown, on oath depose and state the following:

1. I am an attorney licensed to practice law in this Commonwealth since 1994. I have concentrated in complex civil litigation since 2005 and have extensive trial and motion practice experience.

2. I represent the Plaintiff ("Jumpsource") in this action and have been billing on this matter at a rate of $350.00 an hour.

3. My Partner, Anthony Metaxas, has been licensed to practice law in Massachusetts since 1979 and concentrating in the area of complex civil litigation since 1985. He also represents the Plaintiff in this action and has billed on this matter at a rate of $350.00 an hour.

4. My associate, Bailey Buchanan, has been practicing law in this Commonwealth since 2002 and has concentrated on complex civil litigation since 2006. Attorney Buchanan billed in this matter at a rate of $325.00 per hour.

5. I have been the managing partner of my law firm since 2010 and have employed approximately 12 to 16 attorneys over that time. We currently employed 4 full time attorneys. I am familiar with the rates of litigation counsel and of other practitioners in my geographical area with similar experience and expertise and attest that my current rates, as well as the rates of Attorney Metaxas and Attorney Buchanan, to be within the range of those fees charged by our colleagues with like skills and experience.

6. Time and expenses billed in this matter are input into my firm's TimeSlips electronic billing system contemporaneously with the work performed and are, therefore, accurately tracked on a daily basis. A true and accurate copy of the billing related to this matter is attached hereto as <u>Exhibit A</u>. I have subtracted any time indicated on Exhibit A that is not directly related to the claims brought forth in the instant action.

The time spent on this litigation is set forth as follows:

**A. COMPLAINT AND DISCOVERY.**

7. This case was filed in the Commonwealth of Massachusetts Trial Court on September 20, 2020, and removed to this Court on October 29, 2020. The initial complaint involved extensive research and drafting due to the complexity of RICO litigation.

8. The early work in the case, after initial pleadings, focused on Defendant's Motion to Dismiss and Motion's to Strike.

9. Subsequent to this Court's Order on Defendant's Motion to Dismiss, the Parties drafted and filed a discovery plan and discovery ensued.

10. Due to defendant Harry Berzack's ill health, the parties engaged in an accelerated emergency document production and deposition practice that was the source conflict and multiple hearings.

11. Mr. Berzack's testimony and document production verified that Defendants Mr. Berzack, John E. Fox, Inc. and Polanco Industrial Corp. (through its officer, Jose Polanco) had engaged in an intentional conspiracy with Plaintiff, Jumpsource's employees to convert Jumpsource's proprietary equipment, inventory and customer base to their own benefit and use in violation of both express contract and applicable law.

12. Subsequent to Mr. Berzack's deposition, additional motion practice ensued.

**B.   METAXAS BROWN PIDGEON LLP TOTAL LEGAL FEES AND COSTS:**

The total legal fees and costs generated by Metaxas Brown Pidgeon, thus far, for this litigation is as follows:

**Fees: $129,992.00**

**Costs (Deposition of Harry Berzack (Stenographer) fees): $3185.75**

**F:   TOTAL FEES AND COSTS PAID BY DEFENDANT**

**$133,177.75**

I believe that the fees outlined above are fair and reasonable based upon the effort expended and the result obtained thus far in this matter.

\Signed under the pains and penalties of perjury, this 7th day of February 2022.

*/s/ Orestes G. Brown*_____
Orestes G. Brown (BBO#566431)
Bailey Buchanan (BBO #651966)
METAXAS BROWN PIDGEON, LLP
900 Cummings Center, Suite 207T
Beverly, MA  01915
978-927-8000
obrown@metaxasbrown.com
bbuchanan@metaxasbrown.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 7th day of February 2022, I served a true and correct copy of the foregoing Plaintiff's **Motion for Attorney's Fees** by filing same via the court's CM/ECF electronic filing system, which will send notification of same to all counsel of record.

                                        */s/ Bailey Buchanan*
                                        Bailey Buchanan