UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Sourcing Unlimited, Inc.
*d/b/a Jumpsource*
       Plaintiff

       V.            CIVIL ACTION NO.: 1:20-cv-11955-ADB

Elektroteks, LLC, Serkan Guler, John E. Fox Inc.,
Harry Berzack, Polanco Industrial Corporation,
Fabio Syring, and Seth Service-Manutenacao E
Comerico De Equipamentos LTDA
       Defendants

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFAULT JUDGMENT

June 13, 2024

Burroughs, D.J.

In accordance with the Memorandum and Order entered on June 13, 2024, GRANTING IN PART Plaintiff's motion for default judgment and Plaintiff's motion for attorneys' fees and costs, Judgment is hereby entered in Plaintiff's favor against Polanco Industrial Corp. and it is hereby ORDERED, ADJUDGED AND DECREED that Plaintiff is entitled to damages in the sum certain amount of $ 22,993,718.70, which consists of:

  1. $5,232,542.10 in damages;

  2. $10,465,084.20 for trebling; and

  3. $7,296,092.40 in pre-judgment interest.

The Court awards attorneys' fees in the amount of $27,163.40, and costs in the amount of $3,185.75. This case is hereby ordered closed.

SO ORDERED.

/s/ Allison D. Burroughs<br>ALLISON D. BURROUGHS<br>United States District Judge

NOTE: The post judgment interest rate effective this date is: 5.12%